Respondent, Appellant. (Assessment, Borough of The Bronx, 1907.) — Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1913.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1915, Proceeding No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1915, Proceeding No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1916.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1917.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1918, Proceeding No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1918, Proceeding No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. C. ARNOLD, Appellant, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1919.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

PENNSYLVANIA EXPLOSIVES SUPPLY COMPANY, Respondent, v. ISAAC WINKLER & BRO. CO., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.